**JUDGE SWAIN**

Christopher P. Malloy
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000



Attorneys for Plaintiff Oppenheimer & Co. Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OPPENHEIMER & CO. INC.,

          Plaintiff,

-against-

METAL MANAGEMENT, INC.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CIV 3697

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Civil Rule 1.9 of the Rules of the United States District Court for the Southern District of New York, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Oppenheimer & Co. Inc. by their attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, states as follows:

Oppenheimer & Co. Inc. is a subsidiary of Oppenheimer Holdings Inc., a publicly held company. No other publicly held company has an ownership interest of 10% or more in Oppenheimer & Co. Inc.

Dated: New York, New York
      April 17, 2008

                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
                              Christopher P. Malloy
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000
                              Attorneys for Plaintiff
                              Oppenheimer & Co. Inc.