UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OPPENHEIMER & CO., INC., <br><br> Plaintiff, <br> v. <br><br> METAL MANAGEMENT, INC., <br><br> Defendant. | NOTICE OF APPEARANCE <br><br> Civil Action No: 08-CV-3697 (LTS) |

**PLEASE TAKE NOTICE** that Keelin Kavanagh, Esq. and the firm of Jacob, Medinger & Finnegan LLP, hereby appear as counsel for Defendant, Metal Management, Inc. All pleadings and papers in this action served on Defendant are to be served on the undersigned at the offices stated below.

Dated: New York, New York
      May 7, 2008

JACOB, MEDINGER & FINNEGAN, LLP

By_____
   Keelin Kavanagh, Esq. (KK 2188)
   1270 Avenue of the Americas
   Rockefeller Center
   New York, New York 10020
   (212) 524-5000 (phone)
   (212) 524-5050 (facsimile)