

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

OPPENHEIMER & CO., INC.,

        Plaintiff,

v.

METAL MANAGEMENT, INC.,

        Defendant.

---

STIPULATION AND ORDER

Civil Action No: 08-CV-3697 (LTS)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the deadline for the Defendant Metal Management, Inc., to answer, move against, or otherwise respond to the Complaint in this matter shall be extended through and including **June 6, 2008**.

Dated: May 2, 2008

By: _____
Keelin Kavanagh (KK 2188)
JACOB, MEDINGER & FINNEGAN, LLP
1270 Avenue of the Americas
Rockefeller Center
New York, NY 10020
(212) 524-5040

Dated:   May 2, 2008

By: _____
Christopher P. Malloy (CM   )
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036
(212) 735-3000

SO ORDERED this 6th day of May 2008

_____
Honorable Laura Taylor Swain
United States District Judge

182254v.1