Keelin Kavanagh
JACOB, MEDINGER & FINNEGAN, LLP
1270 Avenue of the Americas
New York, New York 10020
(212) 524-5000

Attorneys for Defendant
Metal Management, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
OPPENHEIMER & CO., INC.,             : Index No. 08-Civ-3697 (LTS)(FM)
                                     :
              Plaintiff,             : **RULE 7.1 CORPORATE**
                                     : **DISCLOSURE STATEMENT**
       vs.                           :
                                     :
METAL MANAGEMENT, INC.,              :
                                     :
              Defendant.             :
------------------------------------X

    Defendant, Metal Management, Inc., by its attorneys, Jacob, Medinger & Finnegan, LLP, provides the following statement pursuant to the Rule 7.1(a) of the Federal Rules of Civil Procedure:

    Metal Management, Inc., is a subsidiary of Sims Group, Ltd., a publicly held company. No other publicly held company has ownership interest of 10% or more in Metal Management, Inc.

Dated: June 6, 2008

                                                                            s/ Keelin Kavanagh
                                          Keelin Kavanagh (KK-2188)
                                          JACOB, MEDINGER & FINNEGAN LLP
                                          1270 Avenue of the Americas
                                          New York, New York 10020
                                          (212) 524-5000
                                          kkavanagh@jmfnylaw.com

                                          Attorneys for Defendant
                                          Metal Management, Inc.