UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

OPPENHEIMER & CO., INC.,

     Plaintiff,

     -against-

METAL MANAGEMENT, INC.,

     Defendant.

---

**REVISED SCHEDULING ORDER**

Civil Action No: 08-CV-3697 (LTS)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 6 2008

**IT IS HEREBY ORDERED,** that the pre-trial conference in the above-captioned matter previously scheduled for July 11, 2008, shall be adjourned to _August 22_, 2008 at _10:30 AM_ in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007

IT IS SO ORDERED this _16th_ day of _June_ 2008

Honorable Laura Taylor Swain
United States District Judge