```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
OPPENHEIMER & CO. INC.,                                     :
                                                            :
                              Plaintiff,                    :    ORDER
                                                            :
              - against -                                   :    08 Civ. 3697 (LTS) (FM)
                                                            :
METAL MANAGEMENT, INC.,                                     :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. By July 8, 2009, the defendant shall submit (but not file) a copy of its proposed motion for summary judgment.

2. By July 10, 2009, the plaintiff may submit a letter summarizing its position regarding the defendant's proposed summary judgment motion and request for a stay of discovery, and may file a sur-reply of no more than five pages regarding the defendant's motion to amend its answer.

SO ORDERED.

Dated:   New York, New York
         July 7, 2009

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Laura T. Swain
United States District Judge

Christopher P. Malloy, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Fax: (917) 777-3792

Keelin Kavanagh, Esq.
Jacob, Medinger & Finnegan LLP
Fax: (212) 524-5050