UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

OPPENHEIMER & CO. INC.,

      Plaintiff,

-v-

METAL MANAGEMENT, INC.,

      Defendant.

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    0 2 MAR 2010
```

No. 08 Civ. 3697 (LTS)(FM)

## ORDER

On June 11, 2009, Defendant Metal Management, Inc. ("Defendant" or "Metal")
moved to amend its answer to add certain defenses and counterclaims. (Docket entry no. 28.)
On July 31, 2009, Magistrate Judge Frank Maas denied the motion ("July 31 Order"). (Docket
entry no. 43.) Defendant filed objections to the July 31 Order ("Objection") on August 18, 2009.
(Docket entry no. 48.) Plaintiff Oppenheimer & Co. Inc. ("Plaintiff" or "Oppenheimer") filed a
Response to Defendant's Objection on August 28, 2009. (Docket entry no. 50.) The Court has
reviewed thoroughly the July 31 Order, Defendant's Objection, and Plaintiff's Response.

## DISCUSSION

The Court reviews the Magistrate Judge's July 31 Order denying Defendant's
motion to amend its answer for clear error. See, e.g., Sokol Holdings, Inc. v. BMB Munai, Inc.,
No. 05 Civ. 3749 (KMW) (DCF), 2009 WL 3467756, at *3-4 (S.D.N.Y. Oct. 28, 2009) (noting
that "[t]he weight of opinion appears to favor treating such rulings as nondispositive, requiring a
'clearly erroneous' standard of review," especially where the ruling is based on procedural

grounds); <u>Urban Box Office Network, Inc. v. Interfase Managers, L.P.</u>, No. 01 Civ. 8854 (LTS)

(THK), 2005 WL 1639333, at *1 (S.D.N.Y. July 12, 2005). Judge Maas denied Defendant's

motion on the ground that Defendant had failed to show "good cause," as required by Rule

16(b)(4) of the Federal Rules of Civil Procedures, for its failure to meet the deadline established

by the applicable scheduling order. (July 31 Order at 6-8.) Judge Maas recognized that Plaintiff

may suffer no prejudice from the proposed amendment (<u>id.</u> at 7), and that the result of the July 31

Order "may seem harsh" (<u>id.</u> at 8), but rejected Defendant's proffered excuse for its delay in

seeking the amendment (<u>id.</u> at 6-7). Defendant's Objection reiterates its argument on the

underlying motion, namely that the untimeliness was justified by discovery delays and that

Plaintiff will not be prejudiced by the proposed amendments. The Court finds Judge Maas's

reasoning on these points to be persuasive, and certainly not clearly erroneous, and therefore

declines to disturb the July 31 Order. Accordingly, Defendant's Objection is overruled and

Judge Maas's July 31 Order stands. This Order resolves docket entry no. 48.

        SO ORDERED.


Dated: New York, New York
      March 2, 2010

LAURA TAYLOR SWAIN
United States District Judge